IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SUMMER A. HORNBAKER                                                    PLAINTIFF

v.                          NO. 1:18-cv-00059 PSH

NANCY A. BERRYHILL, Acting Commissioner                                DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Summer A. Hornbaker.

IT IS SO ORDERED this 8th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE